Opinion filed January 6, 2017



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00355-CV

_____

**THE ESTATE OF HSI SHIH TSENG, A/K/A LISA TSENG, BY AND THROUGH YUEH CHU TENG, MOTHER OF THE DECEDENT, AND YUEH CHU TENG, INDIVIDUALLY,** Appellants

**V.**

**RONNIE M. LANGFORD AND ROSEMARY LANGFORD,** Appellees

**On Appeal from the 90th District Court**
**Stephens County, Texas**
**Trial Court Cause No. CV31243**

## M E M O R A N D U M   O P I N I O N

Appellants filed a notice of appeal from an order in which the trial court granted a summary judgment in favor of Ronnie M. Langford. Upon docketing the case, we notified the parties that the trial court's order did not appear to be a final

appealable order, and we requested that Appellants respond and show grounds to continue this appeal.

Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–41 (Tex. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191 (Tex. 2001). Because the trial court's summary judgment order does not dispose of all parties and all claims and does not reflect that it is final and appealable, it is not a final appealable order. In a response filed in this court, Appellants concur that we do not have jurisdiction at this time, and they request that we dismiss this appeal. Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

The appeal is dismissed for want of jurisdiction.

PER CURIAM

January 6, 2017

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.